United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MCKENZIE, et al., | Case No.  16-cv-03373-KAW |
| Plaintiffs, | |
| v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE |
| LAURIE MCKENZIE, et al., | |
| Defendants. | |

This action was filed on June 16, 2016. (Dkt. No. 1.)  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs have 90 days to complete service of the complaint and summons on Defendants, such that September 14, 2016 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.

Accordingly, the September 20, 2016 case management conference is continued to **November 15, 2016**, because Defendants have not been served with the complaint 7 days prior to the original case management conference.  The case management conference statement is due on or before November 8, 2016.

Additionally, by no later than **October 12, 2016**, Plaintiffs shall file a response to this order to show cause and explain why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendants or to file a Motion for Administrative Relief.

IT IS SO ORDERED.

Dated: September 19, 2016

KANDIS A. WESTMORE
United States Magistrate Judge