UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MCKENZIE, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>PHYLLIS ANDELIN, et al.,<br><br>Defendants. | Case No. 4:16-cv-03373-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT AND TO EXTEND TIME FOR SERVICE OF THE COMPLAINT; ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On September 19, 2016, the Court continued the September 20, 2016 case management conference to November 15, 2016, and issued an order to show case to Plaintiffs to explain why this matter should not be dismissed for failure to timely serve the complaint under Rule 4(m) or file a motion for administrative relief. (Dkt. No. 8.)

On October 12, 2016, Plaintiffs filed a response, in which they explained that they were attempting to retain an attorney but were ultimately unsuccessful. (Dkt. Nos. 10 & 12.) Plaintiffs also requested leave to file a first amended complaint and for an extension of time to serve the amended complaint. *Id.* Accordingly, Plaintiffs are granted leave to amend, and the Court will consider the first amended complaint (Dkt. No. 13) filed. Furthermore, Plaintiffs' request for an extension of time to serve the amended complaint is GRANTED. Plaintiffs shall complete service on all defendants on or before November 18, 2016 or file a motion for administrative relief to seek additional time for service and to explain why the complaint could not be timely served.

///

///

///

///

The November 15, 2016 case management conference is continued to January 31, 2017. The case management conference statements are due on or before January 24, 2017.

IT IS SO ORDERED.

Dated: October 19, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2