UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MCKENZIE, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>PHYLLIS ANDELIN, et al.,<br>　　　　Defendants. | Case No. 16-cv-03373-JD<br><br>**ORDER DISMISSING CASE** |

The Court is advised that the parties have settled. Dkt. No. 56. At the parties' joint request, the Court vacates all pretrial deadlines and dismisses this case with prejudice.

**IT IS SO ORDERED.**

Dated: May 30, 2017

_____
JAMES DONATO
United States District Judge